UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **RED RIVER UNITED ET AL** | **CASE NO. 5:21-CV-01193** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SCHOOL BOARD OF CADDO PARISH** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been considered, together with the Objection [Doc. No. 34] filed by Defendant on August 16, 2021, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiffs' motion to remand [Doc. No. 10] is **GRANTED,** and the case, including the motion for leave to amend complaint [Doc. No. 22] is **REMANDED** to the First Judicial District Court, Parish of Caddo, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiffs' request for costs and fees is **DENIED.**

**MONROE, LOUISIANA** this 17th day of August 2021.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**