**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

SEP 09 2021

TONY R. MOORE, CLERK
BY _____
      DEPUTY

August 18, 2021

Mike Spence, Clerk of Court
1st Judicial District Court
Caddo Parish
501 Texas St Rm 103
Shreveport, LA 71101



$ ___ FILED
AUG 19 2021
TORI HAYES
DEPUTY CLERK OF COURT
CADDO PARISH

In re: Civil Action No. 5:21-cv-01193-TAD-KDM
      RED RIVER UNITED ET AL V. CADDO PARISH SCHOOL BOARD
      Your Case No. 629520-C

Dear Clerk:

    Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE August 18, 2021.

                                          TONY R. MOORE
                                          CLERK OF COURT

                                          A Crawford
                                          DEPUTY CLERK OF COURT